# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 534 MAL 2014
:
           Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
         v. :
:
:
:
GARY P. EVANS, :
:
         Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.